# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DAVONE JACKSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>REALPAGE, INC. d/b/a LEASING DESK,<br><br>　　　　Defendant. | Case No. 3:18-cv-00012<br><br>District Judge William L. Campbell, Jr.<br>Magistrate Judge Barbara D. Holmes |

## DEFENDANT REALPAGE, INC.'S MOTION FOR LEAVE TO HAVE LOCAL COUNSEL APPEAR AT INITIAL CASE MANAGEMENT CONFERENCE

Pursuant to the Court's February 6, 2018 Order setting an initial Case Management Conference, (Dkt. No. 16), and the Court's Practice and Procedure Manual, Defendant RealPage, Inc. ("RealPage"), through its undersigned counsel, respectfully requests that the Court permit local counsel to attend the March 19, 2018 Case Management Conference in the place of lead trial counsel, who is located out-of-state. In support of this Motion, RealPage states as follows:

　　1.　　On February 6, 2018, the Court set an initial Case Management Conference for March 19, 2018, at 3:00 PM. (Dkt. No. 16.)

　　2.　　The Court's Practice and Procedure Manual states that with respect to initial Case Management Conferences: "Judge Holmes holds initial case management conferences in-court, not by telephone. Lead counsel for each party is required to attend the initial case management conference in person. If lead counsel is not available or is located out of town, a motion may be filed for another counsel of record to attend, which will generally be granted on the condition that the attending counsel have access to lead counsel's calendar for purposes of scheduling case management deadlines and selecting a target trial date."

3. RealPage's lead trial counsel, Ronald I. Raether, Jr. ("Lead Counsel"), is located out of state, in Irvine, California. Further, he is not available to attend the Case Management Conference in person on March 19, 2018.

4. Zachary Miller, local counsel for RealPage ("Local Counsel"), is available to attend the Case Management Conference in person on March 19, 2018, in the place of Lead Counsel.

5. Accordingly, RealPage respectfully requests that the Court allow Local Counsel to attend the Case Management Conference on behalf of RealPage and in place of Lead Counsel. Pursuant to the Court's Practice and Procedure Manual, Local Counsel will have access to Lead Counsel's calendar for purposes of scheduling case management deadlines and selecting a target trial date.

6. The relief requested herein is for good cause and will not result in undue prejudice in the administration of this case.

Respectfully submitted this 9th day of March 2018.

| | |
|---|---|
| Zachary D. Miller (BPR #032674)<br>Samuel A. Morris (BPR #034878)<br>BURR & FORMAN LLP<br>222 Second Avenue South., Suite 2000<br>Nashville, TN 37201<br>Telephone: (615) 724-3200<br>zmiller@burr.com<br>smorris@burr.com | /s/ *Ronald I. Raether*<br>Ronald I. Raether, Jr. (*pro hac vice*)<br>Bar Number: CA 303118<br>TROUTMAN SANDERS LLP<br>5 Park Plaza, Suite 1400<br>Irvine, CA 92614<br>Telephone: (949) 622-2722<br>Facsimile: (949) 622-2739<br>ronald.raether@troutmansanders.com<br><br>*Attorneys for Defendant, RealPage, Inc. d/b/a Leasing Desk* |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail on this the 9th day of March 2018:

| | |
|---|---|
| Geoffrey H. Baskerville, Esq.<br>Francis & Mailman<br>Land Title Building, 19th Floor<br>100 South Broad Street<br>Philadelphia, PA 19110<br>Email: gbaskerville@consumerlawfirm.com | Zachary D. Oswald, Esq.<br>Legal Aid Society of Middle Tennessee<br>300 Deaderick Street<br>Nashville, TN 37201<br>Email: zoswald@las.org |

*/s/ Ronald I. Raether*
Ronald I. Raether

*Attorney for Defendant, RealPage, Inc. d/b/a Leasing Desk*