# EXHIBIT B

IN UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAVONE JACKSON,                )
                               )
        Plaintiff,             )
                               )
    v.                         ) No. 3:18-cv-00012
                               )
REALPAGE, INC. d/b/a           )
Leasing Desk,                  )
                               )
        Defendant.             )
                               )

Videotaped Deposition of:

DAVONE JACKSON

Taken on behalf of the Defendant

December 3, 2018

1

Jilio-Ryan Court Reporters
ph. 714.424.9902  info@jilioryan.com
Case 3:18-cv-00012   Document 54-4   Filed 02/15/19   Page 2 of 19 PageID #: 691

1  A   Nikki is my spouse.
2  Q   Could you please spell Nikki's full name for
3  the record?
4  A   N-I-K-K-I Peters, P-E-T-E-R-S.
5  Q   You mentioned that she's your spouse.  How
6  long have you been married to Ms. Peters?
7  A   Not married.  We've been together since 2005.
8  Q   And so you mentioned when you moved into the
9  Knights Inn it was yourself, Ms. Peters, and your
10 daughter?
11 A   Yes, sir.
12 Q   And could you please state your daughter's
13 name?
14 A   Nyonnia Jackson.  N-Y-O-N-N-I-A Jackson,
15 J-A-C-K-S-O-N.
16 Q   And how old Nyonnia?
17 A   Now she's 11.
18 Q   So that would make her born in 2007?
19 A   Yes.
20 Q   And after you moved out of the Knights Inn or
21 rather why did you move out of the Knights Inn and
22 into your aunt's house?
23 A   I didn't have the funds to continue to stay
24 there.
25 Q   And when you moved into your aunt's residence

15

Jilio-Ryan Court Reporters
ph. 714.424.9902  info@jilioryan.com
Case 3:18-cv-00012   Document 54-4   Filed 02/15/19   Page 3 of 19 PageID #: 692

```
 1        Q     And what's your older daughter's name?
 2        A     ShaDazhia Jackson.
 3        Q     Could you please spell that for the record?
 4        A     S-H-A, capital D, A-Z-H-I-A Jackson,
 5   J-A-C-K-S-O-N.
 6        Q     And, Mr. Jackson, have you ever previously
 7   been named as a plaintiff or a defendant in a civil
 8   lawsuit?
 9        A     Not to my recollection.
10        Q     Have you ever filed or brought any other
11   lawsuits to your knowledge?
12        A     No.
13        Q     Have you ever been arrested?
14        A     Yes.
15        Q     Can you please tell me when you were
16   arrested?
17              MR. BASKERVILLE:  Let me object to that
18        line.  I'm going to let him answer.  Go ahead.
19        A     Could you repeat the question?
20   BY MR. YEE:
21        Q     Could you please tell me when you've been
22   arrested?
23        A     The last time to my recollection was 2016.
24        Q     And what was that for?
25        A     Simple possession.
```

19

Jilio-Ryan Court Reporters
ph. 714.424.9902  info@jilioryan.com
Case 3:18-cv-00012   Document 54-4   Filed 02/15/19   Page 4 of 19 PageID #: 693

```
 1   is about?
 2        A    No.
 3        Q    Okay.  Can you tell me when did you first
 4   apply for an apartment at Midtown Estates?
 5        A    To my recollection I'll say in 2014.
 6        Q    And in 2014 can you describe for me what kind
 7   of apartment you were applying for?
 8        A    Midtown Estates is a low-income apartment.
 9        Q    Okay.  And were you applying for a one
10   bedroom, two bedroom, three bedroom?
11        A    Two bedroom.
12        Q    You were applying for a two bedroom.  And was
13   it your intent to move into an apartment there with
14   Ms. Peters and Nyonnia?
15        A    Yes.
16        Q    Do you know how long the wait list was when
17   you first applied to Midtown Estates?
18        A    They told me four years.
19        Q    And at any period of time did you ever alter
20   your application to Midtown Estates to apply for a
21   different type of apartment?
22        A    Yes.
23        Q    And when was that?
24        A    That was 2015 that I can recall.
25        Q    And what did you modify your application to
```

30

Jilio-Ryan Court Reporters
ph. 714.424.9902 info@jilioryan.com
Case 3:18-cv-00012    Document 54-4    Filed 02/15/19    Page 5 of 19 PageID #: 694

1     Midtown Estates or were there other people?
2     A    Well, her daughter worked there too.
3     Q    Do you recall her daughter's name?
4     A    Not at the time, no.
5     Q    Okay. So when Carol gave you a call, what
6     did she say to you?
7     A    She called me in the office to look over the
8     paperwork.
9     Q    What paperwork did she have you review?
10     A    The application. And she gave me a credit
11     report, a background credit report.
12     Q    Okay. And to the best of your recollection
13     when was this again?
14     A    In 2017.
15     Q    2017?
16     A    Yes. '16. Sorry about that.
17     Q    2016. And this was -- do you remember what
18     month again?
19     A    I want to say June, July.
20     Q    Okay. And can you tell us what happened
21     after she had you review these documents?
22     A    I wasn't approved for the apartment.
23     Q    Okay. Did you submit a new application at
24     that time?
25     A    No.

32

Jilio-Ryan Court Reporters
ph. 714.424.9902 info@jilioryan.com
Case 3:18-cv-00012 Document 54-4 Filed 02/15/19 Page 6 of 19 PageID #: 695

1    Q    Okay. And she said that you weren't approved
2    for the apartment?
3    A    Yes.
4    Q    And what exactly did she say or did she
5    provide you any reason as to why you weren't
6    approved?
7    A    She said it was things on my record that
8    wouldn't let me get it. And then when she showed me
9    the report, it showed me, like, different charges
10   that wasn't me.
11   Q    Okay. Did she provide you any writings or
12   any letters to that effect?
13   A    She gave me the report.
14   Q    Did she give you anything else besides the
15   report?
16   A    No, not to my recollection.
17   Q    Okay. And once you received a copy of the
18   report and reviewed it with her, did you take any
19   action to appeal the decision?
20   A    Right there we were looking over the
21   paperwork, I told her it wasn't me that was on
22   there. It had three other people on there.
23   Q    Okay. And what did Carol say?
24   A    That she would look into it.
25   Q    Do you know if she took any steps to look

33

Jilio-Ryan Court Reporters
ph. 714.424.9902 info@jilioryan.com
Case 3:18-cv-00012   Document 54-4   Filed 02/15/19   Page 7 of 19 PageID #: 696

1    A    Repeat the question.
2    BY MR. YEE:
3    Q    Sure. Can you please describe for me as best
4    you can the substance of your phone calls with
5    Ms. Minks?
6    A    Asking did I get the apartment or if anything
7    changed for me getting in to the apartment.
8    Q    Okay. And so if we can kind of start at some
9    of the early telephone conversations. Did you have
10   any conversations about -- well, strike that. We'll
11   move on. I'll come back to that a little bit later.
12        I believe, if I recall correctly, you
13   mentioned that you first applied to Midtown, the
14   Midtown apartment complex sometime in or about 2014
15   or '15?
16   A    Yes.
17   Q    What year was that?
18   A    To my recollection I will say '14.
19   Q    Okay. And at that time in 2014 you were
20   living at the Knights Inn; is that correct?
21   A    In 2014, yes.
22   Q    Okay. And was there a reason that you -- or
23   how did you hear about Midtown apartment complex?
24   A    It was low-income apartment. I was looking
25   for a low-income at the time and that was one of the

39

Jilio-Ryan Court Reporters
ph. 714.424.9902 info@jilioryan.com
Case 3:18-cv-00012   Document 54-4   Filed 02/15/19   Page 8 of 19 PageID #: 697

```
 1   suggestions.
 2       Q    Okay.  Suggestions from?
 3       A    People who let me know about low-income
 4   apartments.
 5       Q    Okay.  And who were these people that you
 6   were reaching out to?
 7       A    Nikki, friends who was just letting me know
 8   that was a good apartment to move in.
 9       Q    Okay.  Did you apply to any other apartments
10   for low-income housing?
11       A    Yes.
12       Q    Which ones did you apply to?
13       A    Ripley Housing Authority.
14       Q    Could you please spell that?
15       A    R-I-P-L-E-Y.
16       Q    Any others?
17       A    Not to my recollection.
18       Q    And Ripley Housing Authority, can you please
19   tell me what happened with your application to that
20   housing authority?
21       A    I was denied.
22       Q    Do you know why you were denied?
23       A    Statutory rape and heroin charge.
24       Q    I'm sorry.  Could you say that again?
25       A    Statutory rape and heroin charge.
```

40

Jilio-Ryan Court Reporters
ph. 714.424.9902  info@jilioryan.com
Case 3:18-cv-00012   Document 54-4   Filed 02/15/19   Page 9 of 19 PageID #: 698

1     A    When she put me on the application.
2     Q    Oh, okay.  I see.  And then did she reapply
3  without putting you on the application?
4     A    No.
5     Q    Is there a reason why?
6     A    Not to my recollection.
7     Q    Okay.  And so subsequently you applied by
8  yourself?
9     A    Yes.
10    Q    Is there a reason why you didn't put
11 Ms. Peters on the application?
12    A    No, sir.
13    Q    At the time that you applied, did you intend
14 for Ms. Peters to live with you?
15    A    Yes.
16    Q    Okay.  Is Ms. Peters currently on the lease
17 with you?
18    A    No.
19    Q    But Ms. Peters is currently residing with
20 you?
21    A    Yes.
22    Q    And she's lived with you the whole time while
23 you've been at Midtown Estates?
24    A    To my recollection, yes.
25    Q    Okay.  Can you tell me who is currently on

57

Jilio-Ryan Court Reporters
ph. 714.424.9902  info@jilioryan.com
Case 3:18-cv-00012   Document 54-4   Filed 02/15/19   Page 10 of 19 PageID #: 699

```
 1    that first page.  Let me know if there's any
 2    information on there that you believe is inaccurate.
 3         A    (Witness reading document.)  None of it is
 4    inaccurate that I can -- no.
 5         Q    Okay.  Can you please turn to the next page
 6    which is labeled Jackson 017?
 7         A    (Witness complies.)
 8         Q    If you can do the same thing.  Take a moment,
 9    review it, and then let me know if there's any
10    information on that page which you believe is
11    inaccurate.
12         A    (Witness reading document.)  None.
13         Q    Okay.  Let's turn to the next page labeled
14    Jackson 018.  And, again, I'm going to ask you to do
15    the same thing.  Please take a moment, review it,
16    and let me know if there's any information on that
17    page is inaccurate.
18         A    Yes.
19         Q    Okay.  And what information is inaccurate?
20         A    On offender's information, No. 1, they have
21    James Jackson.  On No. 2 they have James Jackson.
22    And No. 4 they have Eric D. Jackson which is not me.
23         Q    So to clarify, under the section at the
24    bottom of the page labeled offender information
25    you've identified line items 1, 2, and 4 as
```

70

Jilio-Ryan Court Reporters
ph. 714.424.9902 info@jilioryan.com
Case 3:18-cv-00012   Document 54-4   Filed 02/15/19   Page 11 of 19 PageID #: 700

1   inaccurate?
2       A   Yes, sir.
3       Q   Okay. And what about them is inaccurate?
4       A   It's not me.
5       Q   Okay.
6       A   It's my last name, but that's not me.
7       Q   Okay. Anything else on this page that you
8   believe is inaccurate?
9       A   The dates they have, that is not me.
10  December 31st, the height.
11      Q   So it's fair to say everything on those three
12  lines 1, 2, and 4 under offender information you
13  believe is inaccurate?
14      A   Yes, sir.
15      Q   Okay. Anything else on that page?
16      A   No, sir.
17      Q   Can you turn to the next page, please, which
18  is labeled Jackson 019?
19      A   (Witness complies.)
20      Q   And I'm going to ask you to do the same thing
21  once again. If you can take a moment and review the
22  page and then let me know if there's anything that
23  you believe is inaccurate on this page.
24      A   The whole page.
25      Q   The whole page?

71

Jilio-Ryan Court Reporters  
ph. 714.424.9902  info@jilioryan.com  
Case 3:18-cv-00012   Document 54-4   Filed 02/15/19   Page 12 of 19 PageID #: 701

1  Offender Registry. I ain't never seen. . .
2     Q   Okay. So you're referring to the source and
3  vendor information section?
4     A   Yes, sir.
5     Q   Okay. Aside from the vendors that are
6  identified under the source and vendor information
7  section, is there anything else that you believe is
8  inaccurate on this page?
9     A   No, sir.
10    Q   Okay. Mr. Jackson, do you ever record any of
11 the conversations you had with anybody over at
12 Midtown?
13    A   No, sir.
14    Q   Okay. And, again, when you were initially
15 told that you had been denied housing, you heard
16 that from Ms. Minks, correct?
17    A   Yes, sir.
18    Q   And you only heard that verbally?
19    A   Yes, sir.
20    Q   There was nothing else in writing?
21    A   No, sir.
22    Q   Okay. And you mentioned that she provided
23 you some reason as to why you were denied?
24    A   Yes.
25    Q   And what did she say again?

74

Jilio-Ryan Court Reporters
ph. 714.424.9902 info@jilioryan.com
Case 3:18-cv-00012 Document 54-4 Filed 02/15/19 Page 13 of 19 PageID #: 702

```
1    A    The conviction on the report.
2    Q    Okay.  Did she identify a specific
3  conviction?
4    A    The drug charge and the child sexual charge.
5    Q    Which drug charge did she refer to?
6    A    The heroin.
7    Q    Okay.  And then the sexual assault charge you
8  said?
9    A    Yes.
10   Q    Okay.  And she mentioned this as you were
11 reviewing the report with her?
12   A    Yes.
13   Q    Where were you reviewing this report?
14   A    In the office of Midtown Estate.
15   Q    Did Ms. Minks have her own office?
16   A    It was the main office.
17   Q    The main office.  Okay.  And so when you were
18 -- was anybody else present at this meeting?
19   A    No.
20   Q    Was anybody else in the office during this
21 meeting?
22   A    Not that I can recall.
23   Q    So was there anybody who could hear of the --
24 of what you guys were discussing during this
25 meeting?
```

75

Jilio-Ryan Court Reporters
ph. 714.424.9902  info@jilioryan.com
Case 3:18-cv-00012   Document 54-4   Filed 02/15/19   Page 14 of 19 PageID #: 703

```
 1        Q    Okay.  So when was that?
 2        A    Within the two or three weeks of moving in.
 3        Q    Okay.  Between the time that you met with
 4   Ms. Minks and told her that it wasn't you and she
 5   said that after looking at the pictures she knew it
 6   wasn't you, you had maybe two phone calls with her
 7   asking for follow-up and then she gave you a call
 8   back about three weeks before you moved in and let
 9   you know that you had gotten the apartment?
10        A    Yes, sir.
11        Q    Okay.  I apologize for the brief break.  I'm
12   going through my notes.  Mr. Jackson, do you recall
13   at any point ever receiving an email from RealPage?
14        A    No, sir.
15        Q    Did anybody else from RealPage contact you?
16        A    No, sir.
17        Q    Since moving into Midtown, have you had any
18   issues with maintaining your lease at Midtown
19   because of the background report?
20        A    Maintaining, no.
21        Q    So after you moved in, you haven't had any
22   trouble because of this background report?
23        A    No.
24        Q    Mr. Jackson, what is your understanding of
25   what RealPage does?
```

91

Jilio-Ryan Court Reporters
ph. 714.424.9902 info@jilioryan.com
Case 3:18-cv-00012   Document 54-4   Filed 02/15/19   Page 15 of 19 PageID #: 704

1  A  Yes, my lawyer.
2  Q  Your lawyer at Legal Aid?
3  A  Yes.
4  Q  Okay. And do you know what the purpose of
5  this letter was?
6  A  A dispute for the background check.
7  Q  So you believe that this is related to a
8  dispute pertaining to your background check report?
9  A  Yes.
10 Q  So what part of this letter did you help
11 prepare?
12 A  My name and birthdate and the last four
13 digits of my social and the address.
14 Q  Anything else?
15 A  My signature. Electric bill.
16    (Court reporter asks for clarification.)
17 A  The electric bill.
18 BY MR. YEE:
19 Q  Okay. Do you know why this letter was sent
20 out by Legal Aid?
21 A  Hopefully to get a correct answer.
22 Q  Do you see the date of this letter?
23 A  February 8th.
24 Q  2017, correct?
25 A  Yes.

101

Jilio-Ryan Court Reporters
ph. 714.424.9902 info@jilioryan.com
Case 3:18-cv-00012   Document 54-4   Filed 02/15/19   Page 16 of 19 PageID #: 705

```
 1      Q    You'd already moved into the property at that
 2   point, correct?
 3      A    Yes.
 4      Q    So what answer do you believe Legal Aid was
 5   attempting to get, if you have any knowledge?
 6      A    Hopefully -- to my knowledge, hopefully it
 7   was something from RealPage to get the accurate
 8   information.
 9      Q    And what accurate -- or excuse me.  What
10   information were you looking for?
11      A    The correct information, like, that was
12   talking about me.
13      Q    Okay.  And what did you want to have been --
14   what did you want done with this correct
15   information?
16      A    To get approved for the apartment.  Well, I
17   was already in an apartment.  I was just hoping to
18   clear my name.
19      Q    Okay.  Do you have any understanding that
20   when you were approved for the property that your
21   name had already been cleared?
22      A    No.
23      Q    No.  So what is your understanding of why you
24   were ultimately approved to move into the apartment?
25      A    I figured because it was a mistake made, that
```

102

Jilio-Ryan Court Reporters
ph. 714.424.9902  info@jilioryan.com
Case 3:18-cv-00012   Document 54-4   Filed 02/15/19   Page 17 of 19 PageID #: 706

```
 1  they looked at it and was, like, okay you can move
 2  in, to my knowledge.
 3      Q   Okay.  So you didn't have an understanding
 4  that the information had already been cleared up
 5  with the property?
 6      A   Correct.
 7      Q   To clarify, when you moved in in February of
 8  2017, you didn't believe that the information had
 9  already been cleared up with the property?
10      A   She didn't say nothing else further.  She was
11  just telling me I can get an apartment.
12      Q   Okay.  Can you please turn to the next page,
13  Bates-labeled Jackson 024.
14      A   (Witness complies.)
15      Q   Do you know who completed this, Mr. Jackson?
16      A   I will say my lawyer.
17      Q   Is that your handwriting?
18      A   No.
19      Q   Is that the correct spelling of your full
20  name?
21      A   Yes.
22      Q   Is that your correct address?
23      A   Yes.
24      Q   Is that your correct phone number?
25      A   At the time, yes.
```

103

Jilio-Ryan Court Reporters
ph. 714.424.9902  info@jilioryan.com
Case 3:18-cv-00012   Document 54-4   Filed 02/15/19   Page 18 of 19 PageID #: 707

```
 1   if we count backwards.  You currently live in
 2   Midtown, correct?
 3        A    Correct.
 4        Q    And you've lived there since February of
 5   2017?
 6        A    Correct.
 7        Q    And prior to that period of time, you said
 8   that you lived in the Jackson Hotel for about a
 9   year, correct?
10        A    Correct.
11        Q    Okay.  At any time -- and so that would have
12   put us in 2016 you lived at the Jackson Hotel?
13        A    Yes.
14        Q    Okay.  And you lived there for about a year?
15        A    I'd say about a year.
16        Q    Okay.  Continuously throughout the whole
17   year?
18        A    No.
19        Q    Okay.  When did you move out?
20        A    Of Jackson?
21        Q    Yes.
22        A    The first time I moved out is when I moved in
23   with my auntie for two months.  And then I moved
24   back in after the dispute with my auntie.
25        Q    Okay.  So to clarify, because I must have had
```

122

Jilio-Ryan Court Reporters
ph. 714.424.9902  info@jilioryan.com
Case 3:18-cv-00012   Document 54-4   Filed 02/15/19   Page 19 of 19 PageID #: 708