# EXHIBIT C

☐ Display Disclosures in Report

**Davone Jamal Jackson**

| | | | |
|---|---|---|---|
| Address | 2036 Church St | Date/time | 1/5/2018 2:54:39 PM |
| | Murfreesboro, TN 11111, US | RealPage Applicant Screening | (866)934-1124 |
| | | Birth date | 1/19/xxxx |
| | | SSN / ITIN | xxx-xx-5535 |
| Gender | Male | Driver's license | TN xxxxx3531 |

### Credit report

| | | | | | |
|---|---|---|---|---|---|
| Name | DAVONE JACKSON | File date | 2001-08 | Run date | 3/1/2016 |
| SSN | xxx-xx-5535 | Birth date | 1/19/xxxx | Source | Equifax |
| | | | | Beacon: | 481 |

#### Credit bureau warning message

| EquifaxSAFESCAN |
|---|
| EFX: (code: J) ID SCAN: Inquiry address is listed as a hotel/motel |
| Input address substantially matches on-file address. |
| * SSN Information: /SSN on MDB File: xxx-xx-5535(Verified)/ SSN on Inquiry: xxx-xx-5535/ Date Issued: 00-1981 in State: MI |

#### Name Variation

| Name |
|---|
| DAVONE JACKSON |

#### Previous addresses

| Address | County | Reported Dates |
|---|---|---|
| Current Address:2036 Church St Murfreesboro TN 11111 | | |
| Previous Address:207 NATIONAL DR APT 171 MURFREESBORO TN 37128 | Rutherford County | From: 2010-12 To: 2009-08 |
| Previous Address:8094 BRAILE ST DETROIT MI 48228 | Wayne County | From: 2013-09 To: 2009-05 |
| Previous Address:1962 RANSOM DR MURFREESBORO TN 37130 | Rutherford County | From: 2016-02 To: 2015-08 |
| Previous Address:1428 CHARIOT DR MURFREESBORO TN 37130 | Rutherford County | From: 2016-02 To: 2014-10 |
| Previous Address:2036 S CHURCH ST RM 106 MURFREESBORO TN 37130 | Rutherford County | From: 2015-05 To: 2015-01 |
| Previous Address:319 JANUARY ST MURFREESBORO TN 37129 | Rutherford County | From: 2016-01 To: 2014-04 |
| Previous Address:1711B OLD FORT PKWY MURFREESBORO TN 37129 | Rutherford County | From: 2013-05 To: 2012-09 |
| Previous Address:21375 MITCHELLDALE AVE FERNDALE MI 48220 | Oakland County | From: 2014-07 To: 2012-03 |
| Previous Address:369 CRUSADE RD MURFREESBORO TN 37129 | Rutherford County | From: 2015-12 To: 2011-05 |
| Previous Address:712 LEWIS ST NASHVILLE TN 37210 | Davidson County | From: 2012-08 To: 2010-09 |

#### Reported Employment

| Employer information |
|---|
| JACK IN THE BOX Addr: From: To: DataSource: |

#### FICO

| Scoring Factors |
|---|
| Serious delinquency and derogatory public record or collection filed |
| Time since delinquency is too recent or unknown |
| Length of time accounts have been established |
| Number of accounts with delinquencies |
| THE NUMBER OF INQUIRIES ON FILE ADVERSELY AFFECTED THE SCORE |

#### Financial detail totals
, Medical, Student Loan, Bankruptcy, Rental Collections

| Applicant | FICO | Credit lmt | Unpaid bal | Open amt | Mthly pymt | 30 | 60 | 90 | Pos | Neg | Non | Inquiries |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVONE Jamal JACKSON | Equifax-Beacon: 481 | 0 | 25087 | 0 | 445 | 2 | 2 | 10 | 5 | 5 | 0 | 12 |

#### Financial detail

| 1. U S DEPARTMENT OF ED | Payment Pattern: | Rating: Pos |
|---|---|---|

| # | Creditor | Acct# | Type | Comment | Notes | Payment Pattern | 90 Days Late | 60 Days Late | 30 Days Late | Open Amt | Current Limit | Current Balance | Monthly Pmt | Rating | Status | Opened | Reported | Activity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | (******5351) | Educational (Installment) | AsAgreed | Ignored; settings filter out Educational | | | | | | | $0.00 | | | Open | 2011-06 | 2011-09 | 2011-08 |
| 2 | CREDIT CENTRAL TN-04 | (**************0003) | Secured (Installment) | AsAgreed | Personal Loans Companies | 321CCC | 1 | 1 | 1 | | | $0.00 | $69.00 | Pos | Closed | 2014-10 | 2015-04 | 2015-04 |
| 3 | CREDIT CENTRAL TN-04 | (**************0004) | Secured (Installment) | AsAgreed | Personal Loans Companies | CC | | | | | | $0.00 | $69.00 | Pos | Closed | 2015-04 | 2015-06 | 2015-06 |
| 4 | CREDIT CENTRAL TN-04 | (**************0005) | Secured (Installment) | AsAgreed | Personal Loans Companies | CC | | | | | | $0.00 | $69.00 | Pos | Closed | 2015-06 | 2015-08 | 2015-08 |
| 5 | CREDIT CENTRAL TN-04 | (**************0006) | Secured (Installment) | AsAgreed | Personal Loans Companies | CC | | | | | | $0.00 | $81.00 | Pos | Closed | 2015-08 | 2015-10 | 2015-10 |
| 6 | SECURITY FINANCIAL S | (*5090) | Unsecured (Installment) | AsAgreed | Personal Loans Companies | C | | | | | | $455.00 | $65.00 | Pos | Open | 2015-12 | 2016-01 | 2016-01 |
| 7 | U S DEPARTMENT OF ED | (***********2836) | Educational (Installment) | LateOver120Days | Ignored; settings filter out Educational | 44443CCCCCCCC********** | 5 | 0 | 0 | | | $0.00 | $50.00 | Neg | Closed | 2011-06 | 2013-05 | 2012-09 |
| 8 | FED LOAN SERVICING | (*************0001) | Educational (Installment) | LateOver120Days | Ignored; settings filter out Educational | 44******************** | 2 | 0 | 0 | | | $0.00 | | Neg | Open | 2011-06 | 2013-09 | 2012-08 |
| 9 | US DEPARTMENT OF EDU | (****5298) | Educational (Installment) | Collection | Ignored; settings filter out Educational | 555*55555555555555555555 | | | | | | $6,986.00 | | Neg | Open | 2011-06 | 2016-01 | 2012-08 |
| 10 | CREDIT CENTRAL TN-04 | (**************0007) | Secured (Installment) | Late30Days | Personal Loans Companies | CCC | | | | | | $553.00 | $79.00 | Neg | Open | 2015-10 | 2016-01 | 2016-01 |
| 11 | SUN LOAN COMPANY # 1 | (*2270) | NoteLoan (Installment) | Collection | Personal Loans Companies | 999999999994321CC | 2 | 1 | 1 | | | $249.00 | $49.00 | Neg | Open | 2014-08 | 2016-01 | 2014-10 |

REALPAGE 000007

| 12. TENNESSEE DEPT. OF H | Payment Pattern: 5555555555555555C****** | | Rating: Neg |
|---|---|---|---|
| Acct#:(**7518) | 90 Days Late: | Open Amt: | Status: Open |
| Type: ChildSupport (Open) | 60 Days Late: | Current Limit: | Opened: 1998-12 |
| Comment:Collection | 30 Days Late: | Current Balance: $16,466.00 | Reported: 2016-02 |
| Notes: State | | Monthly Pmt: $252.00 | Activity: 2016-02 |

| 13. SPEEDYCASH COM 164 TN | Payment Pattern: | | Rating: Neg |
|---|---|---|---|
| Original creditor: SPEEDYCASH COM 164 TN | | | |
| Acct#:(***9106) | 90 Days Late: | Open Amt: | Status: Closed |
| Type: Collection (Unknown) | 60 Days Late: | Current Limit: | Opened: |
| Comment:Collection | 30 Days Late: | Current Balance: $176.00 | Reported: 2015-08 |
| Notes: Financial | | Monthly Pmt: | Activity: |

| 14. COMCAST CABLE COMMUNICAT | Payment Pattern: | | Rating: Neg |
|---|---|---|---|
| Original creditor: COMCAST CABLE COMMUNICAT | | | |
| Acct#:(*****6662) | 90 Days Late: | Open Amt: | Status: Closed |
| Type: Collection (Unknown) | 60 Days Late: | Current Limit: | Opened: |
| Comment:Collection | 30 Days Late: | Current Balance: $202.00 | Reported: 2015-12 |
| Notes: Cable/Cellular | | Monthly Pmt: | Activity: |

Credit inquiries

| Party inquiring | Date |
|---|---|
| SECURITY FINANCE #10 | 2015-12-22 |
| ASCEND FEDERAL CREDI | 2015-06-03 |
| FRED H FARRER PARTNE | 2015-05-22 |
| SPEEDY CASH/TIGER FI | 2014-10-29 |
| CREDIT CENTRAL TN-04 | 2014-10-21 |
| COMCAST-NASHVILLE | 2014-06-30 |
| COMCAST-NASHVILLE | 2014-06-12 |
| MICROBILT CORPORATIO | 2014-06-06 |
| CREDIT CENTRAL TN-04 | 2014-05-28 |
| SUN LOAN COMPANY | 2014-05-28 |
| FRED H FARRER PARTNE | 2014-05-06 |
| FRED H FARRER PARTNE | 2014-03-27 |

## Criminal & Other Records

Run date 3/1/2016

Offender information

| ID | Jur code | Name | Birth date | SSN | Photo/Description |
|---|---|---|---|---|---|
| 1 | KYDOC | JACKSON, JAMES | 1/1/xxxx - 12/31/xxxx | | SEX: m HEIGHT: 6 ft WEIGHT: 185 RACE_ETHNIC: black HAIR: brown EYE_COLOR: black |
| 2 | KYDOC | JACKSON, JAMES | 1/1/xxxx - 12/31/xxxx | | SEX: m HEIGHT: 6 ft WEIGHT: 185 RACE_ETHNIC: black HAIR: brown EYE_COLOR: black |
| 3 | TNCTYRUTHERFORD | JACKSON, DAVONE J | 1/19/xxxx | | SEX: m RACE_ETHNIC: black |
| 4 | WISOR | JACKSON, ERIC D | 1/1/xxxx - 12/31/xxxx | | SEX: m HEIGHT: 5 ft 11 in WEIGHT: 265 |

REALPAGE 000008

RACE_ETHNIC: black
HAIR: black
EYE_COLOR: brown

Alias information - ID column indicates association between offender and alias

| ID | Jur code | Name | Birth date | Alias Name/Description | Birth date |
|---|---|---|---|---|---|
| 1 | KYDOC | JACKSON, JAMES | 1/1/xxxx - 12/31/xxxx | BENNETTE, TONY | |
| 1 | KYDOC | JACKSON, JAMES | 1/1/xxxx - 12/31/xxxx | JACKSON, FLAME | |
| 1 | KYDOC | JACKSON, JAMES | 1/1/xxxx - 12/31/xxxx | JACKSON, JAMES LAVAR | |
| 1 | KYDOC | JACKSON, JAMES | 1/1/xxxx - 12/31/xxxx | JACKSON, JAMES LEVAR | |
| 2 | KYDOC | JACKSON, JAMES | 1/1/xxxx - 12/31/xxxx | BENNETTE, TONY | |
| 2 | KYDOC | JACKSON, JAMES | 1/1/xxxx - 12/31/xxxx | JACKSON, FLAME | |
| 2 | KYDOC | JACKSON, JAMES | 1/1/xxxx - 12/31/xxxx | JACKSON, JAMES LAVAR | |
| 2 | KYDOC | JACKSON, JAMES | 1/1/xxxx - 12/31/xxxx | JACKSON, JAMES LEVAR | |
| 4 | WISOR | JACKSON, ERIC D | 1/1/xxxx - 12/31/xxxx | ROBINSON, ANDRE | |
| 4 | WISOR | JACKSON, ERIC D | 1/1/xxxx - 12/31/xxxx | ROBINSON, ANDREW G | |
| 4 | WISOR | JACKSON, ERIC D | 1/1/xxxx - 12/31/xxxx | JACKSON, JAMES | |
| 4 | WISOR | JACKSON, ERIC D | 1/1/xxxx - 12/31/xxxx | ROBINSON, GREGORY | |
| 4 | WISOR | JACKSON, ERIC D | 1/1/xxxx - 12/31/xxxx | JACKSON, ERIC | |

Offense information - ID column indicates association between offender and offense

| ID | Jur code | Disposition | Type/Level | Charge | Record Date | ORIC/ County | Note |
|---|---|---|---|---|---|---|---|
| 1 | KYDOC | 10 YEARS | F | TRAF CONT SUB-1ST DEG-1ST OFF-HEROIN (LESS THAN 2 GRAMS) PFO IN LIEU OF (1ST DEGREE) | 09/12/2014 | ROEDERER ASSESSMENT CNTR | |
| 2 | KYDOC | 5 YEARS | F | TRAF CONT SUB-1ST DEG-1ST OFF-HEROIN (LESS THAN 2 GRAMS) PFO ENHANCEMENT (1ST DEGREE) | 08/13/2014 | ROEDERER ASSESSMENT CNTR | |
| 3 | TNCTYRUTHERFORD | THE DEFENDANT PLEADS GUILTY AND | | POSSESSION OF MARIJUANA | 05/04/2012 | MPD | Case#321247 | |
| 4 | WISOR | OFF DOC/DIVISION OF COMMUNITY CORRECTIONS SUPERVISION | S | SECOND-DEGREE SEXUAL ASSAULT OF A CHILD | 02/05/1997 | PIERCE|96CF00055 | |

Source and Vendor Information

| Jur Code | Source | Vendor Information |
|---|---|---|
| KYDOC | Kentucky Corrections | Genuine Data Services, LLC |
| TNCTYRUTHERFORD | Tennessee Rutherford County | Genuine Data Services, LLC |
| WISOR | Wisconsin Sex Offender Registry | Genuine Data Services, LLC |

For more information on criminal codes, click here.

| Criminal & Other Records Searched |
|---|
| National Criminal Database |
| National Sex Offender Registry |
| National Wanted Terrorist/Fugitive Database |
| Disclosure From Jurisdictions Returning Results |

Suits & Judgments for Eviction, Possession and/or Non-Payment of Rent Report

No eviction filings and/or judgments found for this applicant

LeasingDesk Inquiries

Consumer inquiries over the last 12 months

REALPAGE 000009

Important information
Credit Report
Criminal Disclosure
Eviction Report

REALPAGE 000010