# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAVONE JACKSON,

       Plaintiff,

VS.                              Case No. 3:18-cv-00012

REAL PAGE, INC. d/b/a
LEASING DESK,

       Defendant.

***CONFIDENTIAL***

- - -

ORAL DEPOSITION OF CORPORATE REPRESENTATIVE OF REALPAGE, INC., PATRICIA BONNER, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and -numbered cause on December 20, 2018, from 10:36 a.m. to 2:30 p.m., before Larissa L. McPhearson, CSR in and for the State of Texas, reported by machine shorthand, at RealPage, Inc., 2201 Lakeside Boulevard, Richardson, Texas 75082, pursuant to the Federal Rules of Civil Procedure.

- - -

SUMMIT COURT REPORTING, INC.
Certified Court Reporters and Videographers
1500 Walnut Street, Suite 1610
Philadelphia, Pennsylvania 19102
424 Fleming Pike, Hammonton, New Jersey 08037
(215) 985-2400 * (609) 567-3315 * (800) 447-8648
www.summitreporting.com

1    Q.  Are you familiar with the term "mixed file"?
2    A.  Only from the documentation provided on Monday.
3    Q.  What is your understanding of what a mixed file
4  is?
5    A.  My interpretation would be that it contains
6  more than one type of dispute.
7    Q.  Okay.  You would agree with me, would you not,
8  that RealPage receives disputes from consumers who claim
9  that RealPage has prepared and sold a report about them
10 that contains criminal history that belongs to another
11 person, correct?
12   A.  Correct.
13   Q.  Does RealPage have a term or a way that it
14 describes that sort of dispute where a consumer says,
15 you've got criminal history relating to someone else on
16 the report you sold about me?
17   A.  Yes.
18   Q.  And what does -- what's that term?
19   A.  "Nonmatch."
20   Q.  Nonmatch.  And is that one of the categories
21 that RealPage uses to keep statistics about consumer
22 disputes?
23   A.  Yes.  It's under the criminal.
24   Q.  Let me explore that a little bit.  When you
25 say, it's under the criminal, is it fair to say that

```
 1  practice?
 2           MR. RAETHER:  Objection to form.
 3       A.  Yes.
 4       Q.  And why does RealPage do that?
 5           MR. RAETHER:  Objection to form, asked and
 6  answered.
 7           Go ahead.
 8           THE WITNESS:  Okay.
 9       A.  To track trends for staffing.
10       Q.  So there's no reason for doing it other than
11  the reasons you gave me before when we were talking
12  about searching the G drive?
13           MR. RAETHER:  Objection to form, to the
14  extent it goes beyond the topics this witness was
15  identified to address.
16           THE WITNESS:  Okay.
17       A.  Unless it's requested otherwise, yes.
18       Q.  Okay.  So turning your attention back to
19  Exhibit 16, I had previously asked you if you could tell
20  me the number of nonmatch disputes that RealPage
21  received in 2017.  Does Exhibit 16 help you in doing
22  that?
23       A.  Yes, it does.
24       Q.  ████████████████████████████████████████
25  ████████
```

SUMMIT COURT REPORTING, INC.
215.985.2400 * 609.567.3315 * 800.447.8648 * www.summitreporting.com
Case 3:18-cv-00012   Document 54-9   Filed 02/15/19   Page 4 of 5 PageID #: 770

1   A.   ████
2   Q.   ████████████████████████████
3   ████████████████████████
4   A.   ████████
5   Q.   ████████████████████████████
6   ████████████████
7   A.   ██████
8   Q.   Okay.  Is there any way other than as a
9   nonmatch that a consumer who has information reported
10  about them that belongs to someone else, criminal
11  information, would be classified?
12      A.   I don't understand the question.
13      Q.   Okay.  I can understand why you didn't.
14              We've talked about the classification of
15  nonmatch, referring to a dispute where a consumer has
16  come to RealPage and said, you ran a report about me,
17  it's got criminal history on here that doesn't belong to
18  me, correct?
19      A.   Correct.
20      Q.   Is there any way other than nonmatch that that
21  situation would be categorized?
22      A.   Depending on what verbiage the consumer uses,
23  yes.
24      Q.   How else might that be categorized?
25      A.   The consumer might say, your report isn't

SUMMIT COURT REPORTING, INC.
215.985.2400 * 609.567.3315 * 800.447.8648 * www.summitreporting.com
Case 3:18-cv-00012   Document 54-9   Filed 02/15/19   Page 5 of 5 PageID #: 771