IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVONE JACKSON,<br><br>　　　Plaintiff,<br><br>v.<br><br>REALPAGE, INC. d/b/a LEASING DESK,<br><br>　　　Defendant. | Case No. 3:18-cv-00012<br><br>District Judge William L. Campbell, Jr. |

**PLEASE TAKE NOTICE** Plaintiff Davone Jackson and Defendant RealPage Inc. d/b/a Leasing Desk (collectively "Parties") by and through their counsel of record have reached a settlement to resolve their claims. The Parties are in the process of finalizing the settlement agreement and anticipate filing a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) within the next 60 days.

In consideration of the Parties' settlement, the Parties respectfully request that the Court suspend all remaining proceedings and issue a 60-day Order.

Date: May 28, 2019

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**FRANCIS & MAILMAN, P.C.**

　　　　　　　　　　　　　　　　　　　*/s/ Geoffrey H. Baskerville*
　　　　　　　　　　　　　　　　　　GEOFFREY H. BASKERVILLE (*pro hac vice*)
　　　　　　　　　　　　　　　　　　1600 Market Street, Suite 2510
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　T: 215-735-8600
　　　　　　　　　　　　　　　　　　F: 215-940-8000
　　　　　　　　　　　　　　　　　　gbaskerville@consumerlawfirm.com

Zachary Oswald
**Legal Aid Society of Middle Tennessee & The Cumberlands:**
106 Public Square, Suite 109
Gallatin, TN 37066
(888) 475-4150
(615 230-9952 fax

*Attorneys for Plaintiff*

*Ronald I Raether*
Ronald   I Raether
**TROUTMAN SANDERS LLP**
5 Park Plaza, Suite 1400
Irvine, California 92614
Direct: 949.622.2722
ron.raether@troutman.com

*Attorneys for Defendant*

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DAVONE JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>REALPAGE, INC. d/b/a LEASING DESK,<br><br>Defendant. | Case No. 3:18-cv-00012<br><br>District Judge William L. Campbell, Jr. |

## CERTIFICATE OF SERVICE

I, Geoffrey H. Baskerville, hereby certify that, on this date, I caused a true and correct copy of the foregoing Notice of Settlement to be served via the court's CM/ECF system. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judges, and any registered users in the case. The NEF will constitute service of the documents. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice the following CM/ECF user was served:

Zachary D. Miller
BURR & FORMAN, LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
zmiller@burr.com

Ronald I. Raether
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, California 92614
ron.raether@troutman.com

BY: **FRANCIS & MAILMAN, P.C.**

*/s/ Geoffrey H. Baskerville*
GEOFFREY H. BASKERVILLE (*pro hac vice*)
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: 215-735-8600
F: 215-940-8000
gbaskerville@consumerlawfirm.com

Executed on May 28, 2019