IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVONE JACKSON,<br><br>        Plaintiff,<br><br>v.<br><br>REALPAGE, INC. d/b/a LEASING DESK,<br><br>        Defendant. | Case No. 3:18-cv-00012<br><br>District Judge William L. Campbell, Jr. |

## STIPULATION AND ORDER TO DISMISS

IT IS HEREBY STIPULATED AND AGREED, on this 19th day of July 2019, by and between Plaintiff Davone Jackson and the Defendant RealPage, Inc. d/b/a Leasing Desk, that Plaintiff has reached settlement with Defendant RealPage, Inc. d/b/a Leasing Desk, in the above-referenced matter. Plaintiff therefore respectfully requests that pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this action be dismissed with prejudice as to RealPage, Inc. d/b/a Leasing Desk, with each party to bear their own attorney's fees, costs and expenses incurred.

                              **Respectfully submitted,**

| | |
|---|---|
| **FRANCIS & MAILMAN, P.C.**<br>/s/ Geoffrey H. Baskerville<br>GEOFFREY H. BASKERVILLE<br>(*pro hac vice*)<br>1600 Market Street, Suite 2510<br>Philadelphia, PA 19103<br><br>**Legal Aid Society of Middle Tennessee<br>& The Cumberlands**<br>/s/ Zachary Oswald<br>ZACHARY OSWALD<br>106 Public Square, Suite 109<br>Gallatin, TN 37066<br><br>*Attorneys for Plaintiff* | **TROUTMAN SANDERS LLP**<br>/s/ Ronald I. Raether<br>RONALD I. RAETHER<br>5 Park Plaza, Suite 1400<br>Irvine, California 92614<br><br>*Attorneys for Defendant* |

Date: July 19, 2019

SO ORDERED:

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE

DATE: